WOJCK JOPEK, as Administrator, etc., of BRONISLAUS JOPEK, Deceased, Appellant, v. GEORGE BULLOCK, as Receiver of the BUFFALO & LAKE ERIE TRACTION COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur.

BRICKLAYERS', PLASTERERS' AND STONE MASONS' UNION and Another, Respondents, v. WILLIAM J. BOWEN and Others, Appellants.— Judgment affirmed, with costs. All concur.

JOHN JOHNSON CONSTRUCTION COMPANY, Appellant, v. CITY OF JAMES-TOWN, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

CHARLES H. ADDINGTON, as Trustee, etc., Respondent, v. FORSYTH METAL GOODS COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Application of MARY A. O'CONNOR, Appellant, v. EDWARDS D. EMERSON and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of NELSON A. ECKLER and Others, as Administrators, etc., of ISABELLA L. PECK, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

RUSSEL S. JOHNSON, Appellant, v. JAMES H. WHALEY and THE CITY OF ROME, Respondents.— Motion for certificate that a constitutional question is involved denied, with ten dollars costs.

In the Matter of the Application of JOSEPH A. HAMLIN, Appellant, to Compel Delivery of Books and Papers in Possession of FRANK M. RATH-BONE, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

GEORGE N. POLITAKIS, Respondent, v. RAYMOND T. MALLERY, as Sheriff, and CHARLES F. JOHNS, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

CLARA ANDREWS HALE and KATE RYDER ANDREWS, Respondents, v. MICHAEL H. RIPTON, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ROSAMOND GIFFORD, Respondent, v. FIRST TRUST AND DEPOSIT COM-PANY, as Executor of and Trustee, etc., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

SARAH CASPAR, as Administratrix, etc., Respondent, v. LEON T. BROWN, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application of THE SOUTH BUFFALO RAILWAY COMPANY for Leave to Construct Road, etc.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

EDITH MAY DANIELS, Plaintiff, v. VILLAGE OF BOONVILLE and Another, Defendants.— Appeal dismissed, without costs, upon stipulation filed.